HERMAN RIPSTOSS, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Appeal dismissed, with twenty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.; Dore and Callahan, JJ., dissent and vote to affirm.

EMMA HEYMAN, Respondent, v. SIDNEY W. HEYMAN, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ. [175 Misc. 69.]

ELCO ENGINEERING Co., INC., Respondent, v. FRANK MASCALI & SONS, INC., Appellant, Impleaded with Others, Defendants.— Order and judgment unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

ELCO ENGINEERING Co., INC., Respondent, v. FRANK MASCALI & SONS, INC., Appellant, Impleaded with Others, Defendants.— Order and judgment unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

ERNEST RUHMER, Appellant, v. MENKES FEUER, INC., Respondent.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

ANNE TURNER, Respondent, v. HAWLEY TURNER, Appellant.— Orders and judgments unanimously affirmed, with costs. No opinion Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX BUBUS, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

JOHN STROBL and STEPHANIE STROBL, Respondents, v. NEW YORK DUGAN BROS., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

JENNIE T. FARLEY, Appellant, v. EDWARD DEC. CHISHOLM and Others, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

CATHERINE A. STANTON, Appellant, v. EDWARD DEC. CHISHOLM and Others, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Appraisal under the Estate Tax Law of the Estate of EUGENE V. R. THAYER, Deceased. STATE TAX COMMISSION, Appellant; CARL J. SCHMIDLAPP and ELIZABETH E. GORRIE, as Executors, Respondents.— Order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ. [172 Misc. 426.]

PAULINE SWARTZ, Respondent, v. THE GREAT ATLANTIC & PACIFIC TEA COMPANY OF AMERICA, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

RAY WILSON (BARBANEL) and HARRY BARBANEL, Respondents, v. THOMAS E. MURRAY, JR., as Receiver of INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.